IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

CHARLES AARON BROOKS
Pro-se          Plaintiff

CIVIL ACTION NO.#
1:17CV351

-VS-

CHARLES E. SAMUEL JR.
MATHEW PADMPALIL BRIANT ENNIS
KRYSLE BROWN, SREEDHAR POLAVARAPU,
SHANE SALEM, MARGARITA LAGUNA,
DAVID YEAGER, LT. CHRISTOPHER JONES
TYSON OWEN, RENE SIERRA, BRENNA
GALLENTINE, DENISE MAZE, JASON
SICKLER, William HOLZAPFEL ("complex
captain") FRANK LARA, WAYNE HUNTER,
BRITTANY COMO, Ms. Jones ("Female guard")
~~William~~ and 10 John Does &
SIS Officers - unknown all sued in their
Official capacity and Individual
Capacity. Defendants.

CIVIL ACTION UNDER
28 U.S.C. 1331
plaintiff request
A JURY trial
Demand ☑ yes.

**F I L E D**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 2 5 2017

BY
DEPUTY_____

PLAINTIFF SWORN ~~AFFIDAVIT~~
& CIVIL ACTION 28 U.S.C. 1331
THIS COURT HAS JURISDICTION &
VENUE

A. This is a Civil Action authorizing by the Federal Court, IN
THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TEXAS BEAUMONT DIVISION. This Honorable Court have sub-
ject matter Jurisdiction under 28 U.S.C. 1331, 28 U.S.C. 1346(b)(1),
Americans with Disabilities Act, Architectural Barries
Act, Rehabilitation Act statutes, 28 U.S.C 2680(h), 28 U.S.C.
1346(a)(2). This Honorable Court should redress the
deprivation under the color of Federal law, which did
violate State of Texas Civil Rule, code, regulation & state
Constitution. Defendants conduct are in conflict with State
of Texas Laws, U.S. Constitution, Bill of Rights, which is
in conflict with Bureau of Prisons Program Statements-
Codes-Regulations-policy. which is in conflict Code of Federal
regulation. Defendants did intentionally completely breached
Contract 18 U.S 4042 et seq (Revised in by public law 105-314, 105-119 an 106-553)
18. USC 3621(9), ADA, Architectural Barries Act, Rehabilitation Act
18 USC 2243, BOP policy Program statement #5324.06, 5324.11, 3713.
24, 3713.25, 3713.26, 5935.09, 1210.24, 28 C.F.R 35.104

See. Ross -vs- United States 641 F. Supp. 368 - 376 (D.D.C
1986) see. Yosuf -vs- United States 642 F. Supp. 415 (M.D. Pa 1986)

## PLAINTIFF ADDRESS

B. CHARLES AARON BROOKS / Charles Aaron Brooks residence at
P.O. Box 26020 Beaumont, ~~TX~~ 7772, were he is incarcerated.

## DEFENDANTS ADDRESSES

At All times relevant At issue;

C. Charles E. Samuel Jr, BOP Director, 320 First St. N.W Washington, DC
20534.
MATTHEW PAIMPALIL, Unit Manager, P.O. BOX 26030 Beaumont, Tx 77720
BRIANT ENNIS, MEDICAL DOCTOR, P.O. BOX 26030 Beaumont, TX 77720
Krystile Brown, MENTAL DOCTOR, P.O. BOX 26030 Beaumont, Tx 77720
SREEDHAR POLAVARAOPU, medical DOCTOR, P.O. BOX 26030 Beaumont, Tx 77720
MARGARITA LAGUNA, mental DOCTOR. P.O. BOX 26020 Beaumont, TX 77720
David Yeager, Lieutenant, P.O. BOX 26030 Beaumont, TX 77720
L.T. Christopher Jones Lieutenant, P.O. BOX 26030 Beaumont, TX 77720
TYSON OWEN, guard, P.O. BOX 26030 Beaumont, TX 77720
ReNEE SIERRA, guard, P.O. BOX 26030, Beaumont, TX 77720
BRENNA GALLENTINE, guard P.O. BOX 26030 Beaumont, TX 77720
DENISE MAZE, UNIT MANAGER, P.O. BOX 26030 Beaumont, TX 77720
Jason Stickler, Regional Director, P.O. BOX 26030 Beaumont, Tx 77720
William HOLZAPFEL ("complex captain"), BOX 26030 Beaumont, TX 77720
FRANK LARA, WARDEN, BOX 26030 Beaumont, TX 77720
Wayne Hunter, COUNSELOR, BOX 26030 Beaumont, TX 77720
BRETTANY Comb, guard, BOX 26030 Beaumont, TX 77720
MS. Jones, guard, BOX 26030 Beaumont, TX 77720
Ten John Does (prison officials), Sis officer at 26030 Beaumont, TX 7772.
Are sued in their official capacity and official compacity.

## DEFENDANTS ACTING UNDER COLOR OF FEDERAL LAW

D. The defendants Acting within the Course and Scope of there
employment of there office at the time of the incident
out of which the claim arose". The defendants conduct were
Not Applied in a effort to maintain or restore discipline Rather
were used to cause malicious & sadistically cause harm and
Permanent injuries. Including mental & emotion distress.

## DEFENDANTS COMPLETELY BREACHED
## CONTRACT ESSENTIAL ELEMENTS

E. Defendants completely breach of Contract as describe
on pages 1 And 2. When defendants did Breached Contract
With plaintiff did Exist 1.) An Agree-

ment existed between plaintiff and defendants'
and (2) the plaintiff substantially performed its
obligation under the agreement and (3) defendants
breached the agreement, and 4) the plaintiff was
damaged by the breach. See: YOSUF-VS-United
States, 642 F. Supp. 415 (M.D. Pa 1986). Plaintiff do
ment the pronges of ADA individual elements.

DESCRIBE CONTRACT BREACHED CODES

F. 18 U.S.C 3621 et seq, 18 U.S.C 4042 et seq (Revised in by Public
Law 105-314, 105-119 an 106-553) Bureau of Prison
Program statement 5324.06, 5324.11, ADA, Architect-
ual Barriers Act, Rehabilitation Act, ~~xxxxxxxxxx~~ 8th,
14th ~~Amend xxx~~, ~~xxxxxxxxxxxx~~), Code of Federal Regulation,
Texas state constitution, Texas state Civil rules,
Federal statutus and Federal Laws 18 U.S.C 2243, 18 USC
3621(g), denied challenge program, medical services, ment-
al services, Activites.

DEFENDANTS KNEW OR SHOULD HAVE KNOWN

G. that it failed to stop these ~~UNCONSTITU~~TIONAL PRACT-
ICE, directly participated in these [unconstitutional]
practice's and created or help creat the policy,
customs or practices. Defendants failed to trained
suborinates and allowed suborinate to cause
injuries to plaintiff. That completely breach
contracts designed to protect the plaintiff
state & Federal right inter Alia. Deprivation
~~xxxxx~~ of rights were ~~not~~ afford to the plaintiff
defendants intentionally. failed to protect the
plaintiff. Defendants failed to charge the
policy they knew or should have known were
unconstitutional, [Prison Rape Elimination Act],
18 U.S.C 2243 . Defendants admitted "so what we
are doing to you is illegal you desire it
if you were not a nigger faggot muslim
disable we would not Hate you to try in
Kill You boy" Each defendants said

H. The Civil complaint in relevant parts "If the Court
determines however, that the defendants action
constituted "a Civil violation or breach of
contract, and deliberate indifference, Actual

Malice, or willful misconduct, the defendants may not invoke the protection of official immunity. Defendants intentionally place the plaintiff in a unsafe-environment violated or completely breached Contract. The abuse of process and misrepresentation A Actual Negligence Acts. 28 USC 1346(b)(i) & 28 USC 2680(h). deliberate indifference, equal protection.

I. Plaintiff facts beginning on December 28, 2016 on approximately Charles E. Samuel Jr, Jason A. Sickler, Dr. Polavarapu, Mr. Halzapfer, Mr. Byrd, learned that

1.) plaintiff medical records orthopedic Doctor report order immediate Knee replacement surgery on both Knee's the defendants Knew or should of Known plaintiff, a

2.) Care Level three (data) Sheet and plaintiff should been house at Medical Facility. The above defendant falsified Care Level two data Sheet. As if to Keep plaintiff

3.) in A Non-handicapp disable Federal prison. A unsafe environment the defendants denied plaintiff services Activities, programs to challenge program discrimination (Non-handicapp accessible prison).

4.) do to the plaintiff were handicapp disable, Muslim, African American and plaintiff sexual orientation. Defendants denied plaintiff A wheel Chair, walker

5.) denied Knee braces, back brace, therapy, surgery, denied Lower bunk pass order and Lower tier Unit order. The plaintiff reported he fell to the ground over

6.) 7 time sustain injuries to my back, neck, head, Knee's between Approximately 12/28/2016 throughout April 20, 2017 the plaintiff informed Above defendants verbally with

7.) A copy of medical record that its unsafe for him to walk up stair to BB-Unit and force to take top bunk bed to sleep cause serious injuries and pains to

8.) back, neck, head, Knee's, feet burion. Denied plaintiff medical service, X-Rays, MRI scans, cat scans on injuries from 12/28/2017 - August 15, 2017 he fell.

9.) Defendants above named completely breached Contract Bureau of Prisons Program Statement 1210.24, by Lieing, Falsify information on government.

10.) document Care Level 2 data Sheets. When defend-ants KNEW that plaintiff were in Fact A Care level three patient. Failure to transfer plaintiff to

11.) Medical Prison-Facility to have Surgery on Knees Interfered with Medical treatment once prescribed were Cruel & unusual punishment

12.) For Failure to services to Surgery for Approximate-ly three year malicious & sadical permanent disabilities. The plaintiff were treated disfavorable

13.) to similar situated christian prisoner handicapp disable Leon Thomas, Donna Musgrove, Harold Barnes, Crawford Hill, Joh Quitti, Williams, Fred Jones breached Equal Protection

14.) On Approximately 1/21, 2017 Ms. Como, Ms Jones Can be seen committing larceny by destroying the plaintiff legal book, Civil Complaints, Criminal

15.) brief, Newly discovered evidence, personal property over 76 sworn Affidavits signed under Penalty of perjury 28 USC 1746, 18 USC 1621 by 76 inmates

16.) that were prima facie proof that defendants at U.S.P Canaan Penitentiary, Beaumont Pen-itentiary violated 1st, 8th, 5th, 14th Amend Right of plaintiff & other inmates Right.

17.) On Approximately 1/21/2017 The Surveillance video tape prima Facie proof Ms. Como enter cell 420, on BB-Unit 4 green duffle bags She Confiscate and took to

18.) Guard booth office on BB-Unit (guard) station the video came show defendant Como and Ms. Jones did trash plaintiff grievances/Legal

19.) books, stamps, legal documents to obstruct Justice deny plaintiff access to the Court, Larceny Personal Property,

20) to commit Fraud & concealment to commit Larceny so the plaintiff cant redress of grievance. Denied Access to the Court.

21) On Approximately ~~xxxx~~ 1/22/2017 MR. Yeager, MR. Ownes, MR. Sterrre, did enter cell of plaintiff whole on special housing Unit these defendants

22) did commit battery, sexual Assaulted plaintiff punch in Face, penis, head, kicked, ~~spit~~ on. death threats "we kill & hate Muslim Faggot dis-
~~Abtexxxx~~ ~~CAB.~~

23) "Able Nigger we will lynch you. Fuck you Up the Ass" grabing the ~~plaintiff~~ buttock they laugh alt touching buttock calling plaintiff

24) "A good pussy Faggot ~~we~~ "We plan to Fuck you." terrorist threats they would kill me if they find out I told on them. said yeager, owns.

25) Brutally beatened until unconsciousness when I Awake my pants and underwears down to my knee's. A pool of blood Unable

26) to stand up or walk urinating / coughing up blood pains in back, neck, knee's head, should, feet ~~bunion~~, Akillheel, Ankle pain, Nerve

27) damage on Approximabely 1/22/2017 - 1/23/17 MS. ~~Gallentine~~ favante refuce to call Medical ~~emergency~~ claim "plaintiff Need to be killed"

28) "you Fuck with ONE of us you Fuck with all of us nigger your A Faggot muslim that Need to be Lynch we hate disable inmates"

29) "you better stand up or they will come back again and beat you more your A Faggot now that what you get they ~~told~~ me what

30) "they did to you Faggot. IF you were Not A Nigger muslim this would Not happen to you." I will never call medical For you" said Gallentine.

31) ON Approximately 1/23/2017 plaintiff yelled to MR. Jones help me sir, they beat me For Nothing I did nothing wrong. Who did it?

32) "Four white male Correctional Officer Yeager, MR. Queens, sherrie another name, Unknows I told" MR. Jones. MR. Jones said "Brooks I

33) "cant snitch my CoWorker out. I Knew them before I knew you, I know there wifes & Family I know they sexually Assaulted you & battery to teach you a lesson for ordering a guard stabed." said Jones

34) You R A Nauisance at this prison we dont want you here. Your the One that Order guard. Stab at Hazelton Penitentiary Complex Captain told us. said MR. Jones.

35) "He wants to teach you A Lesson. "So I'm going to call MR. Byrd and tell him nothing a bout the Sexual Assault nor battery. You shut

36) "your mouth. I will Kill your Ass you dime me out my Friends / Coworks Even iF you cant walk I will drag you back in you cell not

37) "take you to the outside hospital" MR. Jones without A Camera handcuff prisoner From Food Slot in the Front. Open Cell door enter

33) cell with a wheel chair violently punched, grab plaintiff buttock your A Faggot Now he laughed punch plaintiff Grab penis stick fingers up anus I'm looking For A Knife

34) "Squeeze testicle your our bitch As Ms. Gallintin with weapon in hand said "he cryed like a bitch all Night calling for medical"

35) MR. Jones deFamation oF Character, death threats violently place on wheel chair

OF Prisons Program Statement, Code OF Federal Regulation Which is in violation OF UNITED STATES CONSTITUTION.

36) Jones Sexual Assaulted plaintiff, unnecessary excessive Force in bad-Faith...
On approximately 1/23/2017 MR. Byrd Medical
37) Staff refuse to report Sexual Assault or Battery Jones said!

38) MR. Byrd he cant walk nor stand if you take plaintiff to outside hospital It will be A injury report File Against Yeager, Jones etc

39) So MR. Jones said "I will drag this Animal on his Knee's back to his cell he ordered A Guard to be Stabbed at Another Jail" said Jones

40) MR. Byrd said "I will not report it no medical Accessment okay. plaintiff were drag on his knee's back to his cell. plaintiff told them he would contact O.I.G, IAD, Jone said Shut up bitch" Oig IAD

41) On approximately 1/29/2017 MR. Yeager came to the plaintiff cell on SHU unit with death threats and Terrorist threats if plaintiff contract

42) O.I.G he would lynch A Nigger he hate disable muslim Niggers that why we tryed to Kill you he said. Yeager.

43) "with Intimidation MR. Yeager said "Just handcuff come to my Lieutenant office I want to talk to you."

44) plaintiff Followed his Command walked into Lieutenant office in SHU Unit and MR. Yeager began to punch, strike, kick, while I'm handcuffed behind my back,

45) and then other guards names unknown ran in violently held plaintiff pulled down My pants and underwear. Rape plaintiff Repeatly different 4 or 5 guards.

46) prison staff name unknown place penis in the plaintiff Anus still plaintiff

47) Feared for his life. Defendants called him homo-sexuals, Faggots, bitchs. While different

48) penis of Correctional Officer were Assert in ANUS. we will make you kill yourself Nigger muslim. Retard we kill all muslim my

49) white brothers Lynch your race for years and we never get prosecuted you want to call OIG, IAD will we are going to trash "

50) "all your personal property all that remain All you Stamps, Paper, legal documents, telephone books, Address, Court Address'

51) 23 yrs of all you Acumulated in jail will be destroyed you never get A call, we will take your E-mail, phone no outside contact

52) No One cares we rape you." Unit team Ms. Maze, MR. Paimpalil, MR. S. Salem, Ms Halzel-pher, Dr. Innis, Chapine, MR. Hunter, DR. K.

53) Brown is my girlfriend these BOP employees including Jones they will not snitch me out, they will concealment of what we do wrong "

54) to you. On Approximately 4/16/2017 Filed a incident Report # 2976122 MR. Yeager informed his girl, To File A misbehavior

55) False incident report 2976122 and 3009748 were Filed to prevent plaintiff from transferring from Beaumont Prison

56) the defendants deprive plaintiff medical treat-ment his Anus bleeding, Abdominal stomach pains degraded, humiliated, mental &

57) emotional distress the plaintiff Feared

58) For his life. On approximately on these dates after Sexual Assault, Repeated Rape, Assault, Battery made in bad Faith.

59) Defendants deprivate plaintiff in SHU Unit A psychological Evaluation every 30 days the plaintiff cut his left wrist with

60) A razor in a up&down cutting angle 4 Severe cutts because Mr. Yeager girlfriend Dr. K. Brown refuse to order plaintiff

61) to be place on suicide watch do to the plaintiff Religion, Race, ethnicity, Sexual Orrentation and disabilities. (Cor. Lugulia)

62) Dr. Polavarapu, Mr. Byrd, all defendants knew or should of known plaintiff would suffer Serious injuries at a non-handicapp disable jail not handicapp accessible.

63) Plaintiff Filled out "medical slips" (sick call Slips) at both Beaumont Penitentiary and FCC Complex Low given BOP employee Judical Not-

64) Ice that plaintiff Fell in non-handicapp Accessible disability showers, cell, Jail on over 9 different dates. Denied plaintiff medical treatment.

65) Even after plaintiff Filed [PREA] Against Mr. Jones inter Alia on Approximately [7/7/2016] Stalk [plaintiff] he came with medical staff

66) to ask plaintiff to reveal his penis & buttock to see if plaintiff have cutts on private parts (genitals). Dr. Lugunia, Dr. K. Brown deprive sexual assault counseling.

67) Failure to protect plaintiff on Approximately 8/11/2017 Mr. Sierroe Another prison officials

68) in SHU Unit 136 cell on Range 200 committed Larceny again destroying 24 SWORN AFFIDAVITS DNA (sperm) evidence that prove identity of rape defendants.

69) OF plaintiff OF other inmates prisoner sexually Assaulted, Rape, battery occured by these same (CORRECTIONAL OFFICERS) Mr. Sierra and other guards destroyed plaintiff prima Facie proof legal documents on AFFIDAVITS

70) defendants) were signed Under 18 USC 1621, 24 SWORN AFFIDAVITS OF inmates Filed Against 28 USC 1746 these inmate Filed grievances, complaints Against defendants. which would

71) OF showed a pattern breaching contract OF the Civil Rights Act. These Mr. Sierrie and SHU Unit guards destroyed 9 books OF

72) mailing stamps, legal books, self help guide books, Civil Complaints, Criminal documents, dead relative pictures, destroyed grievances, Civil complaints.

73) OIG complaints, IAD complaints, letters, Family pictures, the defendants destroyed Favorable prima Facie evidence OF plaintiff

74) to conceal there wrong doings from the public Executive branch, Judicial branch.

75) Defendants Failure to hire a Counselor on BB-Unit team there For defendants denied indigent stamps, paper, pens, pencils legal copies, Illegally confiscation of legal docments,

76) Envelops, no One to serve plaintiff copies of his BP-10, BP-11, BP-9's Administrative Remedie. The Administrative Remedies were NON AVAILABLE to plaintiff, Mail tampering, Larceny.

77) thAd lives below the proverty guidelines, The Failure to supply pens, paper, envelops, stamps, leg al duplicates, denied Access to legal books.

78) Defendants denied Forensic medical Examination on DNA evidence that would identified Mr. Yeager and other guard that repeatedly rape plaintiff.

79) Defendants denied medical treatment services, programs, activities For back pains, NECK, knee's pain, hip, NECK, head pain, shoulder pain, ANUS pain, Abdominal pains, feet pain, therapy, MRI scans, x-rays, cat scans, wrist pain, proper pain relief handicapp accessible jail.

80) denied Law library, denied legal Aid, denied sexual Assault counseling, denied legal call to Attorney, denied legal copies, stamps, paper, pens, pens, care Level 3 data sheet, wheel chair, walker.

81) denied right to exhaust Administrative Remedies were not Available to plaintiff at either prisons because BB-unit had no counselor at all times relevant.

82) Mr. Hunter, Paimp a lil, all defendant said "Mr. Holzapfel told us while you were A inmate at Hazelton prisoner while he was captain you were A prisoner of BGF and you order Talley (A inmate) to stab

83) A guard there. "So we will never report Our staff Kicked your ass nigger you deserve it to get fucked up the ass Mr. Hunter said "I will not report you got rape, nor process your prison grievance defendants said Hunter so what, we do illegal things to teach you A lesson boy, said All defendants we dont snitch on our own boy. said defendants.

84) Dr. K. Brown, Holzapfel, Gallentine, Frank Lara, Briant ENNIS, Shane Salem, Polawra A PU said "All staff At Beaumont Texas prison Know you was sexually Assaulted, Battery, repeatedly rape

85) we had meeting about it. we Know you help Demetrius Hill v. Haynes Civil Action West Virginia U.S. Dist Court Mr. Holzapfel order L.T. Moseley & guard to beat your ass you cryed like A girl. Said Jones, defendants taunt

86) Charles E. Samuel Jr, Jason Sickler, Salem, Holzapfel Knew or should of Known through grievances that defendants were

87) Violating constitution, defendants Failure to train subordinate created the policy, customs that completely breach contract, Defendants directly participate in the Unconstitution

88) practice, which are in conflict with BOP Policy, CFR. defendants Failed to stop these Unconstitutional practice from continuing and Failure to protect plaintiff

89) Defendants each Know or should of Known that plaintiff gave each Judicial notice verbal Notice, implied notice on government documents that plaintiff

80) were Repeatedly rape, sexual Assaulted, Battery, defamation of character, sexually harassed defendants did not stop felony crimes that violated 1st, 5th, 8th, 14th Amend Const.

VIOLATING CONSTITUTION.

I. The defendants violated BOP Policy 1210.24, Texas Law marker passed Senate Bill 1611, Citizen Protection Act, Texas state Law, state constitution (ADA), Architectual barriers Act,

78) denied Access to

Rehabilitation Act, 8th, 14th Amendment of U.S 13-07-13
Constitution, Bill of Rights, state civil rules. Denied 1st,
5th Amend Right, equal protection, Liberty interest

⚹ WHEREFORE, the plaintiff demands:
Judgment on his claim for compensatory
damages for each defendant One million dollars,
Judgment on his claim for punitive damages
for each defendant 50 thousand dollars,
and Judgment for his claim for Nominal
damage One dollars for each defendant.
Defendants pay all Court cost, Taxs, court
Fines, BOP Fines owe by plaintiff, plaintiff
shall be house at Medical Facilities Butner
etc To receive surgery on Knee's (Knee
replacement surgery on both Knee's), therapy,
at Care Level three (data sheet (handicapp
disable Accessible Federal Prison) the plaint-
iff Low back, Neck, Feet bunion surgery
must be remove,) Adequate medication
& medical treatment, mental health service,
Activities, programs must be Afforded
to plaintiff. The defendant shall sign contract Not to
confined plaintiff in A penitentiary for duration of confinement
he will receive handicapp disable Accessible cell And receive single cell
statutes.

⚹ I Charles Aaron Brooks / CHARLES AARON
BROOKS duly states that the forgoing is
true & correct to the best of my know-
ledge information and belief. Plaintiff
State A Claim that relief can be grant-
ed. Complaint is true not Frivolous Nor
malicious ly made ⚹ ⟋⟋⟋ ⟋ CHARLES BROOKS

⚹ 8 U.S.C. 1621, 28 U.S.C 1746, 18 U.S.C 1001 et
seq 8/20/2017 CERTIFICATE OF SERVICE

I ⟋⟋⟋⟋⟋ sent Original to U.S.
District Court At
And a Copy of
this to Complaint to defendant.

28 USC 1746 on Approximately.
18 USC 1001 et seq, 18 USC 1621 8/20/17
⟋⟋⟋

Charles Aaron Brooks
49230-066
U.S. Prison
P.O. Box 26020
Beaumont, TX
77720

<u>CERTIFICATE OF SERVICE</u>

I CHARLES AARON BROOKS /Ch.AB

Mail this thirteen page (13 page) Civil
Complaint to the Honorable Court
in U.S. District Court For the
EASTERN District OF TEXAS
Beaumont Division 350 Magnolia
Suite 150, Beaumont, TX and 14 Pages
OF Plaintiff ~~exhibits~~ in Civil Action No#

1:17CV351 (USDC-EDTX Beaumont)
The plaintiff has mailed normal
mail ~~original~~ OF Civil Complaint
and Attached AMend Motion
to the Deputy Clerk oF
Court. And Copy Mail to
A.U.S.A. ANDREA L. Parker
Sent NORMal Mail.
I Ch.AB, declare on
date 8/20/17 28 U.S.C 1746, 18 U.S.C
18 USC 1621

# Exhibit A

SWORN & DECLARATION

EXHIBIT "A"

Name defendants did RECEIVE A
COPIES OF documents Attached

I Chris declare the Original

Exhibit herein Were given to

defendants Name in Civil Action

1:17 CV-351 Each Receive copies
OF documents between 12/28-17
throughout 8/21/2017 Chris I declare
under penalty of PERJURY 18 U.S.C. 1621, 28 U.S.C.
1746 Chris A 8/20/17

*Pain review (10) (can't stand up)*

*COPY sent*



# ALL VISITS ARE SUBJECT TO $2.00 SICK CALL FEE
*Todas las visitas son sujetos a una tarifa de llamada de $2.00 enfermo*

# SICK CALL FORM
*SWORN DECLARATION Under 28 USC 1746,*

## PLEASE READ CAREFULLY
Sick Call hours are Monday, Tuesday, Thursday and Friday during 6 to 7 am
*Wednesday is designated for SHU appointments.*

Date/Fecha: 1/24/2017   Reg No./Numero: 49230066  Housing Unit/Unidad de ivenda: SHU

Name/Nombre: Charles BROOKS   Reg. #/Numero 49230066 Age/Edad: 52 yrs

SICK CALL Reason/Motiva consulta medico: I was Brutally beatened & sexually Assaulted by MR. Yeager, MR. Owens, MR. Sierries ANother guards my back, neck, Knee, Feet, head hurts pains 1/22/17.

How long have you had this problem/Cuando tiempo ha tenido este problema?
1/22/17 Days/Dias   1/22/17 Months/Meses   Years/Años   They refuse to call medical 1/24/17

Are you currently taking over the counter medications/Esta tomando actualmente medicamentos de venta libre?
✓ Yes ____ No  The Meds dont WORK at all...

- ✓ **REFILLS and RENEWALS** of medication may be submitted on a Refill Request form under 28 USC 1746.
  *Repuestos y renovaciones de medicamentos pueden ser presentadas en un formulario de Solicitud de Recambio.*
- ✓ **PASSES** will only be renewed until next CC visit and **ONLY** if you meet criteria.
  *Las tarjetas solo se renovaran hasta el proximo visita CC y solo si cumple con los criterios.*
- ✓ **RESULTS** of lab tests and xrays will **NOT** be discussed at sick call. You can submit a copout for results.
  *Resultados de las pruebas de laboratorio y radiografias no se discutir a en la llamada enferma. Usted puede enviar un copout para los resultados.*

🛑 **STOP! DO NOT WRITE BELOW** 🛑

Time:_____   Pain: 0 1 2 3 4 5 6 7 8 9 10   Location:_____

Vitals:   Temp: _____   Pulse: _____   Resp: _____   BP: _____

Height: _____   Weight: _____   O2%: _____

Notes:_____
_____
_____
_____
_____

ALLERGIES: _____   CC Dx: _____

ORDERS: _____   _____-POX

SWORN Declaration OF TRUTH OF CHARLE AARON BROOKS
Dr. Pee (AKA) should transferr Prisoner to Medical Facility

U.C. File Copy

SWORN Declaration of Truth of Prison Charles Brooks below
18 USC 1621, 28 US 1746

Pain Level 1 2 3 4 5 6 7 8 9 10 Circle one

## ALL VISITS ARE SUBJECT TO $2.00 SICK CALL FEE
*Todas las visitas son sujetos a una tarifa de llamada de $2.00 enfermo*

# SICK CALL FORM
## PLEASE READ CAREFULLY
Sick Call hours are Monday, Tuesday, Thursday and Friday during 6 to 7 am
*Wednesday is designated for SHU appointments.*

Date/Fecha: 11/11/2016   Reg No./Numero: 49230066   Housing Unit/Unidad de ivenda: BB-Unit

Name/Nombre: CHARLES BROOKS   Reg. #/Numero: 49230066   Age/Edad: 52 yrs old

SICK CALL Reason/Motiva consulta medico: I'm a Care Level 3 prison Need Need Knee
replacement surgery on both Knee's I Fall
down need to be transfere to handicapp disable Accessible Jail, need
A Wheel Chair Walker, Knees braces - back brace, Neck brace, soft shoe pass

How long have you had this problem/Cuando tiempo ha tenido este problema? ___ Days/Dias ___ Months/Meses ___ Years/Años

Are you currently taking over the counter medications/Esta tomando actualmente medicamentos de venta libre? Y,
___ Yes ___ No Need better Adequate medocation, therapy,
MRI scan on Neck, hip, back, Surgery on Feet Bunions, Cat scan on head
28 USC 1746 12/11/16

✓ **REFILLS and RENEWALS** of medication may be submitted on a Refill Request form.
*Repuestos y renovaciones de medicamentos pueden ser presentadas en un formulario de Solicitud de Recambio.*

✓ **PASSES** will only be renewed until next CC visit and **ONLY** if you meet criteria.
*Las tarjetas solo se renovaran hasta el proximo visita CC y solo si cumple con los criterios.*

✓ **RESULTS** of lab tests and xrays will **NOT** be discussed at sick call. You can submit a copout for results.
*Resultados de las pruebas de laboratorio y radiografias no se discutir a en la llamada enferma. Usted puede enviar un copout para los resultados.*

## 🛑 STOP! DO NOT WRITE BELOW 🛑

Time: _____   Pain: 0 1 2 3 4 5 6 7 8 9 10   Location: _____

Vitals:   Temp: _____   Pulse: _____   Resp: _____   BP: _____

Height: _____   Weight: _____   O2%: _____

Notes: _____
_____
_____
_____
_____

ALLERGIES: _____   CC Dx: _____

ORDERS: The Medical staff & mental staff at _____ -POX
The Medical staff & mental Prisons are violating ADA, 42 USC 4152 - 4157,
Beaumont Prisons are violating Contract 18 USC 3621(a),
Rehabilitation Act Violating by public Law 105-314 105-119 an 106-
18 USC 4042 (Revised in by 553   28 USC 1746 12/8/16

**ALL VISITS ARE SUBJECT TO $2.00 SICK CALL FEE**

*Todas las visitas son sujetos a una tarifa de llamada de $2.00 enfermo*

Pain Level 1-10

Sworn Declaration Under 18 USC 1001 et seq of Charles Brooks 28 USC 1746 duly states

# SICK CALL FORM
## PLEASE READ CAREFULLY
Sick Call hours are Monday, Tuesday, Thursday and Friday during 6 to 7 am
Wednesday is designated for SHU appointments.

Approximately

Date/Fecha: 8/29/17   Reg No./Numero: 49230066   Housing Unit/Unidad de ivenda: SHU Unit at Penitentiary

Name/Nombre: C.A. Brooks   Reg. #/Numero: 49230066   Age/Edad: 52 YRS old

SICK CALL Reason/Motiva consulta medico: Four White Males enter my cell for no reason beat me up slammed my head to ground kicked, stomp, head trauma sexual assaulted me grab my penis, buttock call me faggot, homosexual brutal beat me until I was unconscious. Many pains is back, head,

How long have you had this problem/Cuando tiempo ha tenido este problema?

✓ Days/Dias _____ Months/Meses _____ Years/Años

Neck, feet, anus, penis, Knees, hip shoulder

beaten because I'm disable African American

Are you currently taking over the counter medications/Esta tomando actualmente medicamentos de venta libre?

✓ Yes _____ No   Medication dont work / Need wheel chair, walk-ER, therapy, X-RAY, MRI scan, cat scan, Knee brace, Neck brace please help I'm hurt bad.

✓ **REFILLS and RENEWALS** of medication may be submitted on a Refill Request form.
*Repuestos y renovaciones de medicamentos pueden ser presentados en un formulario de Solicitud de Recambio.*

✓ **PASSES** will only be renewed until next CC visit and **ONLY** if you meet criteria.
*Las tarjetas solo se renovaran hasta el proximo visita CC y solo si cumple con los criterios.*

✓ **RESULTS** of lab tests and xrays will **NOT** be discussed at sick call. You can submit a copout for results.
*Resultados de las pruebas de laboratorio y radiografias no se discutir a en la llamada enferma. Usted puede enviar un copout para los resultados.*

🛑 **STOP! DO NOT WRITE BELOW** 🛑

Time: _____   Pain: 0 1 2 3 4 5 6 7 8 9 10   Location: _____

Vitals: Temp: _____ Pulse: _____ Resp: _____ BP: _____

Height: _____ Weight: _____ O2%: _____

Notes: _____
_____
_____
_____
_____

ALLERGIES: _____   CC Dx: _____

ORDERS: _____ -POX

Charles Aaron Brooks
49230-066
P.O. Box 26020
Beaumont, TX
[77720]

Copy senix davits
defendants

Sworn Declaration
of Charles Brooks
Ch. A.B. 18 USC 1621
28 USC 1746, 18 USC
1001 et seq 1/1/17

Dear Mr. Holzaptel or Holzaphel
Dear Charles E Samuels, Jason Sickler
Please stop telling STAFF White male Officers
that I ordered A BGF member Name Talley
at Hazelton Prison to stab A guard 15 times
your white male officers MR. Yeager, owens,
MR Soerrie, MR. Paimpalil, S. Salem, Jones,
MR. Byrd, DR. Brown; Ennis deprive me
challenge program, and other programs
do to my disabilities. They deny me medical
services, Mr. Brown said "since I had the
guard stab she will never give me a psycholo-
gical evaluation she & Ennis said they
dont trust me. I was not indicted nor
involved with the stabing at Hazelton Prison
when you was Captain. You got white male at
Beaumont prison threatened me with death
threats. Just because I testified in Federal
court against MR. Haynes (warden) in civil action
Demetrius Hill -vs- Haynes (west virginia) You
beat me so bad sir, got MR. mosely to be me and
4 white officer While handcuff. I did not
File no lawsuit you beat for filing grievance. Weave
sir Holzaptel the Beaumont Prison STAFF is spread-
ing the rumor I got A White Correctional stab
and I'm a leader of the BGF. I'm African
American inmate trying to change you should put
me in protective custody the staff call me
homosexuals, Faggot, Rat, snitchs in front of prison
officials, and prisoner I receive sexual proposals
death threats, I fear for my life, sir you yelled me
the Kitchen on 1/1/2017 Approximately I'm Brooks I
had you officer stab everybody heard you 1/1/2017
Ch. A.B. 18 USC 1621 18 USC 1001 et seg 8/15/17

16.) He did not see that plaintiff receive proper adequate medical care (surgery shall be given), Award plaintiff money, Medical Facilities should be transferr there immediately inter Alia.

(17) Defendants denied plaintiff ADA, 42 USC 4151-4157, Rehabilitation Act, sexual Assault, Battery, Retaliation, Campaign harassment / use of unnecessary excessive force, emotion & mental distress, sexual Harassment, complete breach of contract relation inter Alia.

(8) Plaintiff age 52 yrs old,

19.) African American

20.) Male

21.) October 20, 1964

22.) drive license (N/A)

23) 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

24.) 4628 Westminster Ave Phila, Pa, Address at time of plaintiff / petitioner Arrest on Approximately 9/1/1995

25.) At time of petition Arrest plaintiff charges Armed bank robbery.

26.) Arrested 9/11/95

27) Arrested in Philadelphia Pennsylvania / County of Philadelphia.

28) State of Pennsylvania Police Officer & FBI agent did Arrest plaintiff.

29.) Complaint 95-894-m / dated 9/6/1995 and Criminal Case No# / 95-CR 364-01.

30.) Plaintiff pro-se petitioner Paupers Oath the petitioner 6 months worth of Inmate trust Fund the pro-se plaintiff with inability to pay cost-individual Criminal Code of procedure Rule 502.3 Fees, inability to pay. The following is true & correct Under 28 USC 1746, 18 USC 1001 et seq, 18 USC 1621, Texas state law, Rule 502.02

12/27/17

*[Marginal notes:]* Need Knee braces / cell / Hit my head so they Hard me deny me wheel chair & canes / walker

To
Medical COPY SENT INMATE REQUEST TO STAFF
Dept COPY CHARLES BROOKS SWORN
DECLARATION

C. BROOKS
#49230066
P.O. BOX
26030
Beaumont, TX
77720

COPY given to STAFF

It appears each individuals attempt to exploit and expose your weakness to the public. Despite if you have small grains of flaws in your personality and a greater goodness. To crumble upon the prisoner were repeatedly rape by MR. Yeager and his white male friends/(coworker) on approximately 1/29/2017 in Lieutenant office. They yell I'm a faggot, homosexual, a women around inmates. Now the inmates make sexual proposal to me. The guards that sexual assault me and beat me stalks me each time the see me on General Population/STU Unit they said "Brooks we all fucked that nigger faggot and he did not fight back, we beat him. we dont care if its not legal he deserve it." said MR. Sierrie After date of incident on approximately 1/22/17 MR. Owens, MR. Yeager, MR. Jones, 1/23/17 Mr. Gallingtine, Captain, Complex Captain I informed them MR. Byrd I have sperm of the predator's that repeatedly rape me I MR. Byrd if he would do Forensic Medical Examination on DNA Evidence I had cloth bearing guards sperm that were on my underwears, I cut out that portion put in a plastic bag. The Medical staff refuse to except it. 2/3/2017 Approximately 28 USC 1746. Rhada B

SWORN DECLARATION

CHARLES A. Brooks 49230-066
P.O. BOX 26020
Beaumont, TX 77720

Copy/sent

28 USC 1746, 18 USC
1621
8/20/2017

I CnA declare in SHU Unit 1/23/17
Unable to stand up or wash myself laying in
FOOL AFTER OFFICER battery, sexually Assaulted
me. DR. POLAVaraPu Admitted plaintiff should
of been transferred to Care level 3 prison
(medical prison) instead of Beaumont
Penitentiary Forcing inmate/plaintiff
to sleep on floor in his Fece/. Deprive him
A wheel chair MR. Jones, MR. Brooks, threw him
out of wheelchair so violently on 1/23/17
Knowing plaintiff Need it to be mobile. Use
of unnecessary Excess Force in bad-Faith was
Applied grabing Force draging inmate on his Knee's
back to Cell MR. Byrd, MR. Jones, Ms. Gallentine, violate 8th, 14th Amendment. plaintiff
suffer Knee pains, back pains, wrist pain, Neck-
Feet pain, MR. Jones Can be seen on surveilance
video tape etc on 1/22/2017, 1/23/17 and
1/29/2017 the plaintiff health deteriated
deline plaintiff do Fit the essential Elements
of ADA, member or induidual DR POLAVaraPu
Admited plaintiff be Immediately transferr
to A Medical Facilities did he put the
Order in for the transferr. Defendants Jason
Sickler, defendants Knew deliberate indifference
would occure the unsafe environment with
malice the malicious & sadistical punishment
cause permenant damage From Approximately
Dec 28, 2016 throughout August 20, 2017 denied
service's, Programs, Activities to plaintiff because
he was handicapp disable when plaintiff entitled
to Equal protect Under ADA, Rehabilitation Act,
Achitectual barriers Act Forcing plaintiff to
Fly on NON-handicapp disable plane, denied MRI scans,
Cat scans, X-Ray After Hell Fell pains in head, back,
Knee's, Neck, Etc violate 1st, 8th, 14th Amend Const
Ch A 18 USC 1621, 28 USC 1746 8/20/17

CHARLES AARON BROOKS            C.C. FILE        (7)
# 49230-066
P.O. Box 26030              Copy        2/20/17        COPY
Beaumont, TX                sent                      mail to
                                                      Captain
    77720                                               &
    Sworn Declaration              SWORN Declaration   Unit team
18 USC 1621, 28 USC 1746,
18 USC 1008   2/20/17

Dear Captain of Beaumont Prison

MR. S. Salem I was present when Complex Captain
told you another officer I order Talley to
stab a Correctional officers. He told you & six
other officers in the Kitchen at main line.
Sir I'm Not involved in such Action at all.
Now you Ordered MR. Yeager and other STAFF
Like Ms. Combs, Ms. Jone, Male officer to stalk
me, you denied for me to receive a Low bunk
bed, denied me handicap disable Accessible
cell, shower, jail, and a lower troer unit.
You told mail STAFF never to give me A
walking Cane, Walker, Wheel Chair,
Knee braces, back braces, soft Shoe pass,
denied therapy, MRI scans, cat scans, X-Rays,
do to pains in head, back, Knees, shoulder, hip,
Neck, bunions in feet, your refuse me
Surgery interfering with Medical Orders prescribe
I'm in pain he ordered me surgery 2 years Ago
Please to my team Unit. All Medical STAFF,
Mental STAFF guards keep falling
Sir. I Ch
18 USC 1621, 28 USC 1746        2/20/17

## SWORN VERIFICATION
## OF CHARLES BROOKS

duly states

I CHARLES AARON BROOKS on Approximatly December 28, 2017 Approached Medical Doctor, Medical Supervisor all defendants either in Verbal conversation, Written letters, complaints, grievances concerning Medical Service's of Surgery concerning Knee replacement Surgery on both Knee's, do to the constant pain in bunion feet bunion removal Surgery the Medical Doctor. I would be classified as A Care Level three data Sheet patient transfer to Medical Facility in One months. Instead defendants told Doctor poLavarupu, Dr. K. Brown, Dr. Lugunu, Mr. Byrd, to Falsify Mental Care level 2 data sheets & Falsify Medical Care Level 2 data sheets in violation to BOP Program Statement NO1210. 24 Fabricate loes on government document knowing Such violated 18 USC 641, 18 USC 1519 et seq 18 USC 1915 et seq, 18 USC 1001 et seq, Mr. Holzapfel, S. Salem, Ennis told All defendants to lie. To be cruel & unusual punishment to Charles Brooks in bad faith to cause malicious & sadistical permanent disabilities by placing Prisoner in A unsafe environment Mr. Jason sickler & BOP Directors failed to prisoner health & safety 18 USC 1621, 18 USC 1001 et seq. Ch. A. B. 8/20/17

Sworn Declaration

## CERTIFICATE OF SERVICE
Under 28 USC 1746

CHARLES AARON BROOKS duly states;

Original Mailed to Jefferson County Courthouse 1149 Pearl Street Beaumont, Tx 77701 Mailed Normal to Clerk of Court. And Copy of Such maol Normal Mail to all defendants Addresses in Civil Complaint.

49280066 P.O. Box 26020

Beaumont, Tx 77729

28 U.S.C. 1746; 18 USC 1001 Et seq

Charles Brooks
P.O. 26020
Beaumont, Tx
77720

CHARLES AARON BROOKS

C.A. Brooks
44230066
P.O. Box 26020
Beaumont, TX
77720

F.
Exhibits
(9)          8/25/2017
Cop'y

SWORN VERIFICATION

UNDER 18 U.S.C 1621 & 28 US C 1746

From 12/29/16 - 8/15/17 BOP Deny prisoner
medical records to Attach with Complaint

Charles Aaron Brooks, declare

he has Followed the BOP Policy,

CFR to obtain Medical Records,

MENTAL RECORDS FOR the Court

the prisoner Filed FOIA, Requests,

Sick Call Slips, Spoke to Medical

Dept, Mental Dept, written, Verbal

Request will show prisoner Request

Went NON-Responsed. There is

RECORDS OF ORthropedic doctor's etc

theraprst, bone doctor etc that

verify that prisoner Need immediate

Surgery on both Knee's, back, INJURIES

to NECK, UPPER & law back, Nerve damage,

Scheduled for bunion removal surgery, disk

back pain, deform feet. therapy would

not help back, Neck, Knee's pain, see

X-Rays, MRI Scans, Cat Scan. BOP Officials,

U.S. Marshals Service denied release of

documents to Concealment of the truth from

The U.S. District Court, Judges, Clerk, pub-

lic. I declare the Foregoing is true & correct

28 USC 1746, 18 USC 1621 11/9/2016 let

SEE CH 98 8/15/17

CHARLES Aaron Brooks
49230-066
U.S. Prison
P.O. BOX 262030
Beaumont, TX. 77720

SWORN DECLARATION Under
18 USC 1621
28 USC 1746
18 USC 1001 ect seq

Thanks For trying to help me

Dear Chapline OR Religious Chapline
SWORN DECLARATION
Thanks For reporting these stalking and
sexual Assaults on Approximately 1/22/17,
1/23/17, 1/29/17 they hit me in the head
so much I bback out cant remember
Actual dates, the Mental Department
doctors, S.I-S officers, Complex Captain,
captain, my entire Unit team, Medical
Staff Byrd, 12 guards Claimed I
deserve it to get your ASS Kicked
Brooks you got A guard stab at
Hazelton Prison MR. Halzapfel, MR.
S. Salem held A meeting and told US
About it to all the staff, no one is
going to help you Brooks "Brooks Face
is Swollen, he cant walk bearly standing
his Knees, back, NECK is swelling, Face and
eye swelling Face bleeding. Brooks inFormed
Chapline ANUS bleeding. Abdominal pains, Brooks
may have DNA. sperm sample OF predators
ON under wear OF repeat Rape. 20 staff REFuse
For Report PREA, 18 USC 2243 on near 1/29/17 Hs
no one to trust but Religious Chapline
18 USC 1621, 28 USC 0746     1/29/2017

Approximately 1/29/17

The inmates say MR. Yeager owens Sierries and the 5 staff unknown name that repeated rape me hit offices did it to others, inmates.

Chapline thank you

I wrote & talk to all staff Dr. K. Brown deputy officers - Refuse to report these Hate Crimes

I was brutally beaten, Rape, sexual Assaulted Stalked do to my handicapp Medical disabilities Race - Religion and Sexual orientation by Staff

CHARLES AARON BROOKS
49230-066
P.O. BOX 26020
Beaumont, TX

COPY mail

C C File

COPY mail
to WARDEN

The prisons grievance
were unavailable to No
Charles Aaron Brooks on BB-unit
Counselor Employed on BB-unit
FOR 8 months prior/beyond

Sworn Declaration of Prisoner/Victim
Charles Aaron Brooks 49230066 prove
he entitled to Access to the Court
28 USC 1746, 18 USC 1621, 18 USC 1001 Et
Esq _____ 7/27/2017 prove he
Live below proverty guideline, defendants
Unit team Case Manager, Unit Manager,
SHU Unit deprive prison 5 stamps a week,
Refuse to mail out legal mail for free
the prisoner denied Law Library, recreat-
ion out side because he File grievance
and Civil Actions Against defendants
prison officials, denied paper, envelops
Vanilla envelops, copies of legal material
are denied, denied pens, Adequate pencils, legal
Attorney calls, there is No Counselor for BB-
Unit No STAFF to give inmates grievances,
Forms, its no Counselor to give up special
Mail or legal mail or BP-10, BP-11 response in
A timely fashion. Deny prisoner the Right to
Exhaustion of Administrative Remedies. Denied
at Beaumont prison is unavailable, legal help, legal
Access to the court, denied legal Reports Against
Books, cant response to incident Reports 8/20/17
prisoner _____ Right violated
18 USC 1621, 18 USC 1746 _____

CHARLES AARON BROOKS 49230066 Prisoner should be transferr to
P.O. BOX 26020     Medical Facility copy mail to
Beaumont, TX 77720     Each staff herein named below

Copy

SWORN AFFIDAVIT
OF TRUTH 18 USC 1001 et seq,
28 U.S.C 1746 CHARLES AARON
BROOKS/Charles A. Brooks 8/16/17

Charles A Brooks informed all prison staff including duly states on Approximately January 2, 2017 to DR. POLAVARAUPU, MR. Byrd, D. Maze, Mr. Paimpalili, S. Salem, HOLZAPFEL, I'm unable to walk up so many stairs BB-Unit I Fell 7 different times. I suffer pains in my Knee's, back, Neck, shoulder, head Injuries, Feet, Knee's I need SURGERY KNEE Replacement surgery. Forcing me to Clam up on top bunk bed in cell Cell 420 on BB-Unit I fell, there is no Rail bars, no handicapp accessible Showers DR. Alavaraupu promise me to move me on lower level Unit. Its unsafe environment force me to Clam so many stairs. Denied me Lower trier, lower bunk. My team BB-Unit Refuse to move me, defendants I have in grievances still will not process them. We have no Counselor on BB-unit denied programs Challenge, denied therapy, denied wheel chair, walking cane, knee braces, Knee braces, back brace, extra Mattress, denied Soft shoes (prisoner need bunion remove surgery) on Feet, denied SERVICES (Medical Services), denied Mental Service's of Sexual Abuse Counseling etc. Defendants interferred with Medical Orders prescribed by Orthopedic doctor's to give plaintiff Knee replacement surgery in both Knee's in the year December 2015 on Approximately. Defendants Failure to do. Plaintiff Fell on January 2, 2017, Approximately December 28, 2016, January 4, 2017, January 20, 2017, January 19, 2017, January 21, 2017, 1/22/17, 1/23/17, the sick call slips to Medical Dept bear the actual more days Plaintiff Fell in Shower 7/8/17, 6/11/17, 7/10/17, 6/23/17, Medical records show so many date's head injury cause Memory loss injuries to head 1/29/17, prisoner Fall so much his Knee's back give out he Fell From top bunk to Floor bedridden July - 2017 - August 15, 2017 Approximately June 2017 its cruel & unusual punishment to deny surgery and to deprive him handicapp disable Accessible JAIL. Plaintiff medical Records & Mental health Records agree he meets the standard For ADA essential elements Architectural Barriers Act, Rehabilitation Act.

I Charles A B 28 USC 1746, 18 USC 1001 et seq date 8/16/17

CHARLES A. Brooks
49230-066
P.O. Box 26020
Beaumont, TX
[77720]

*Copy sent*

CC File ⑮ copy mailed
mailed to         to
Medical Dept warden
copy.
For these reasons
Bedridden yet Recreation officer denied prisoner recreation.

## SWORN AFFIDAVIT
### of victim CHARLES Brooks ~~49230-066~~

I ~~Un A B~~ did informed all defendants and non-defendant My Unit team, Medical staff I Need Knee replacement surgery and cant walk up so MANY Flight of stairs to BB-unit Cell 420. I Fell off top bunk 4 time on 1/2/2017, 1/5/2017, 1/16/17 and 1/21/17 the Female staff B. Como Refuse to Call in medical Emergency do to lockdown. In December 2016 the Medical Doctor, Complex Captain, D. Maze defendants promise to transfer me to Medical Facility to have surgery on both Knees. Promise to Move me to lower trier Unit, closer to dinning fhall to A handicapp disable Accessible Cell. In A lower bunk bed pass order. The Prisoner Fells on dates Above cause head injories, NECK, back, Knee pain, Feet pains, denied a wheel chair, Walking cane, denied Knee brace, back brace, therapy, surgery, MRI scan, X-Ray, Adequate Medication, cat scan For head damage, in sHU Unit Prisoner Fell in sHower in Non-handicapp Accessible Jail 2/2/17, 2/4/17, 4/17/17 Fell in cell 5/5/17 6/6/17, 6/14/17, 7/8/17, 6/1/17, 7/10/17, 6/23/17 8/1/17 7/7/17, 8/9/17 denied medical treatment
28USC1746, 18USC1621

8/15/2017

CHARLES BROOKS COPY SWORN Declaration (14)
49230-066                Chas A. B 28 USC 1746, 1802
P. O. BOX 26020                    100 ET Seq 8/15/17
Beaumont, Tx          The Found the DNA
" 77720                  Evidence that identified
[PREA COMPLAINT]      these predator's it was
                        in my legal book, they
TO: OFFICE OF THE INSPECTOR  sodom my cell 36 on
        General            8/3/2017 the med-
Investigations Department  ical (from 1/29/17-
        P. O. BOX4003      8/6/17 refuse to do
        Huntsville, TX. 77340  Medical examination
Dear BOP Director &       Forensic on Cloth
                          bear sperm of
Dear Honorable Inspector General  guards.
        "SWORN Declaration of victim"
Prior I informed your office in letter
2/2/2017, 3/15/2017, 4/1/2017, 4/20/17
5/23/17, 6/3/2017 and 8/4/2017 on
Approximately on this dates Above. I
    had DNA Evidence on piece of cloth
    that were on my underwears (sperm)
prima facie proof that Prison staff males
    did repeatedly rape me in a sexual assault
18 USC 2243, BOP policy 5324.06, 5324.11,
[PREA] had prisoner been immediately
transfer it would not have happen. Inmate
was handcuffed behide his back in Lieutenant
office in U.S. Penitentiary on Approximate-
ly 1/29/2017. Battery, Rape by 5 John Doer
Prison officials. Hate Crimes Continues
On Approximately 1/23/2017 One prison
official came in cell sexually Assaulted, Bat-
tery prisoner African America male,
On Approximately 1/22/2017 Prison guards
Battery, sexually Assaulted prisoner
because his sexual orientation, Race-
-Religion and handicapp disable. It
Violate 5th, 8th, 14th amend Right &
state Hate crime law. BOP refuse to
Force guards to undergoe lie detector tests.
The guards destroyed DNA evidence I had
Stored in a plastic bag of there DNA sperm sample
on 8/15/2017 Retaliation 28 USC 1746 (Char B 8/15/17

CHARLES AARON BROOKS
49230-066 P.O. BOX 26020
Beaumont, TX 77720

Original

FREEDOM OF INFORMATION
REQUEST

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 25 2017

BY
DEPUTY_____

TO: U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
BEAUMONT DEVISION
300 WILLOW STREET, Suite 104
BEAUMONT, TX 77701

Civil NO.
Re: 1:17CV351

Dear Deputy Clerk

Pursuant to (FOIA) or 5 U.S.C 552 plaintiff
request A Stamp File Copy Of the
New Court Complaint Inside and Attach-
ed Exhibits. Plaintiff is indagent without
A Copy For himself, He live below the
proverty guideline, And pray he can get
A Copy of Civil NO. 1:17 CV351 that in-
side envelop. Thank You Sincerely
So plaintiff can have copies For his Files.

CHARLES Aaron BROOKS
#49230-066
P.O. BOX 26020
Beaumont, TX

I Ch AB declare that
its plaintiff that Make this
Request 18 USC 1001 et seq, 28 USC 1746

8/20/17