IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES A. BROOKS | § | |
| VS. | § | CIVIL ACTION NO. 1:17-CV-351 |
| CHARLES E. SAMUEL, *et al.*, | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Charles E. Brooks, a prisoner formerly confined at FCI Beaumont, proceeding *pro se*, filed this *Bivens*-type[1] claim against approximately thirty defendants.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends complaint be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[2]

---

[1] *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

[2] A copy of the Report and Recommendation was returned as undeliverable with the notation "RTS" (docket entry no. 43).

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 4 day of **October, 2018.**

Thad Heartfield
United States District Judge